(128 So. 907)

**Jack BROWN, alias Browning, v. STATE.**

2 Div. 952.

Supreme Court of Alabama.
May 1, 1930.

SAYRE, J.

There is no bill of exceptions; no error of record.

The judgment is affirmed.

All the Justices concur.